IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| MAZADA ENTERPRISES, INC., | § | 06-33139 |
| DEBTOR | § | |

## ORDER TO RELEASE LARRY CAPLAN FROM FEDERAL CUSTODY

On September 8, 2006, this Court found Larry Caplan to be in civil contempt of certain orders of this Court, and he was therefore taken into custody by the U.S. Marshal Service. On September 11, 1006, the Court ordered the release of Larry Caplan from federal custody. It is therefore

ORDERED that Larry Caplan is released from federal custody effective upon the signing of this Order.

Signed this 11th day of September, 2006.

Jeff Bohm
United States Bankruptcy Court.