**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| In Re: Mazada Enterprises, Inc.<br>　　　Debtor | Case No.: 06−33139<br>Chapter: 11 |

## NOTICE OF FILING OF OFFICIAL TRANSCRIPT

An official transcript has been filed in this case and it may contain information protected under the E−Government Act of 2002, and Fed. R. Bank. P. 9037.

Transcripts will be electronically available on PACER to the public 90 days after their filing with the court. To comply with privacy requirements of Fed. R. Bank. P. 9037, the parties must ensure that certain protected information is redacted from transcripts prior to their availability on PACER.

If redaction is necessary, the parties must file a statement of redaction listing the items to be redacted, citing the transcript's docket number, the item's location by page and line, and including only the following portions of the protected information. This statement must be filed within 21 days of the transcript being filed. A suggested form for the statement of redaction is available at http://www.txs.uscourts.gov.

- the last four digits of the social security number or taxpayer identification number;
- the year of the individual's birth;
- the minor's initials;
- the last four digits of the financial account number; and
- the city and state of the home address.

Any additional redaction requires a separate motion and Court approval.

A party may review the transcript at the Clerk's Office public terminals or purchase it by following the instruction on our website at http://www.txs.uscourts.gov or by calling (713) 250−5500 . A party is only responsible for reviewing the:

- opening and closing statements made on the party's behalf;
- statements of the party;
- testimony of any witness called by the party; and
- any other portion of the transcript as ordered by the court.

Redaction is your responsibility. The Clerk, court reporter, or transcriber will not review this transcript for compliance.

　　　　　　　　　　　　　　　　　　　　　　　　　　David J. Bradley
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

United States Bankruptcy Court
Southern District of Texas

In re:                                                              Case No. 06-33139-jb
Mazada Enterprises, Inc.                                            Chapter 11
        Debtor              **CERTIFICATE OF NOTICE**

District/off: 0541-4          User: mmap              Page 1 of 1              Date Rcvd: Nov 02, 2011
                              Form ID: ntctran        Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2011.
```
db         +Mazada Enterprises, Inc.,    11110 West Airport Blvd,    Stafford, TX 77477-3014
aty        +James B. Jameson,    2211 Norfolk, Ste 800,    Houston, TX 77098-4030
aty        +Joe W Meyer,    Meyer, Knight & Williams, L.L.P.,    8100 Washington Ave., Suite 1000,
             Houston, TX 77007-1059
aty        +Joe W Meyer,    Meyer Knight et al,    8100 Washington Ave,    Ste 1000,    Houston, TX 77007-1059
aty        +Karen R Emmott,    1200 Smith, Suite 690,    Houston, TX 77002-4310
aty        +Marc H Schneider, atty,    15150 Middlebrook Dr.,    Houston, TX 77058-1226
intp       +Larry Caplan,    8735 FM 1960 W,    Ste 206,    Houston, Tx 77070-5503
cr          MBNA America Delaware N A,     c/o Becket and Lee LLP,    POB 3001,    Malvern, PA  19355-0701
cr          Texas Comptroller Of Public Accounts,    Office Of The Attorney General,
             Collections Division/Bankruptcy Section,    P O Box 12548, Capitol Station,
             Austin, Tx  78711-2548
intp        Woodforest National Bank,    PO Box 7889,    The Woodlands, TX  77387-7889
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           E-mail/Text: houston_bankruptcy@LGBS.com Nov 02 2011 23:56:14     Fort Bend County,
             c/o John P. Dillman,    Post Office Box 3064,    Houston, TX  77253-3064
                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Aharon Eric Proba
cr           Trustmark National Bank
acc        ##+Anhalt & Jacobson LP,    3411 Richmond Ave,    Suite 300,    Houston, TX 77046-3411
acc        ##+Mark Dixon,    1108 Soldiers Field Ct,    Ste 201,    Sugar Land, TX 77479-4303
                                                                                TOTALS: 2, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 04, 2011**                    **Signature:**  _Joseph Speetjens_